IN RE ROSALENA C.
(AC 33866)

Alvord, Sheldon and Peters, Js.

Argued March 5—officially released March 9, 2012*

Per Curiam. The judgment is affirmed.

WAYNE J. JONES *v.* COMMISSIONER
OF CORRECTION
(AC 33268)

DiPentima, C. J., and Gruendel and Sheldon, Js.

Argued March 7—officially released March 27, 2012

Per Curiam. The appeal is dismissed.

CHANNY N. KHUTH *v.* COMMISSIONER
OF CORRECTION
(AC 33194)

Lavine, Beach and Dupont, Js.

Argued March 8—officially released March 27, 2012

Per Curiam. The appeal is dismissed.

* March 9, 2012, the date that this decision was released as a slip opinion, is the operative date for all substantive and procedural purposes.